# U.S. Patent No. US 7,650,376 v. Restream Inc.

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [37.P] A computer readable storage medium or media encoded with one or more computer programs including instructions for effecting the provision of content over a network, comprising: | Restream Inc. ("Company") makes, uses, sells, and/or offers to sell a computer readable storage medium or media encoded with one or more computer programs including instructions for effecting the provision of content over a network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a Restream Studio platform ("a computer-readable storage medium or media encoded with one or more computer programs") (referred to hereinafter as 'the Studio platform') that allows streamers to broadcast the content ("provision of content over a network") to multiple social media platforms, including, but not limited to YouTube, Twitch, and Facebook, at a same time ("instructions for effecting the provision of content over a network"). Further, the viewers access the content hosted on the social media platforms. Therefore, it would be apparent to a person having ordinary skill in the art that the Studio platform comprises instructions for effecting the provision of content over a network. |



Source: https://restream.io/studio

3



Source: https://restream.io/studio

| | |
|---|---|
| | Restream is designed for streamers to broadcast their content, not for viewers to watch streams directly on the platform. |
| | Viewers can tune in on platforms where the streams are hosted - like Twitch, YouTube, Facebook, or even your own website. |
| | Source: https://support.restream.io/en/articles/9124776-can-i-watch-streams-on-restream |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [37.1] instructions for receiving a request from a client for specified content; | Company provides instructions for receiving a request from a client for specified content. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, the Studio platform broadcasts the live stream content ("specified content") to multiple social media platforms such as YouTube, Facebook, and Twitch, further accessed by the viewers. Further, the Studio platform utilizes CDNs to deliver the content to the viewers through streaming servers. Therefore, it would be apparent to a person having ordinary skill in the art that when the viewers try to access the content from the said social media platforms, a request is received to deliver the content. |
| | **Reach your audience everywhere** |
| | Stream live to Facebook, YouTube, Twitter, LinkedIn, and others – at the same time. |
| | Source: https://restream.io/studio |

5

> Restream is designed for streamers to broadcast their content, not for viewers to watch streams directly on the platform.
>
> Viewers can tune in on platforms where the streams are hosted - like Twitch, YouTube, Facebook, or even your own website.

Source: https://support.restream.io/en/articles/9124776-can-i-watch-streams-on-restream

> **Encoding and broadcasting**
>
> Once the data is encoded by the receiver of the video feed, it's ready to be broadcast. The streaming software sends the encoded data to a streaming server, where it is distributed to viewers. This server could be owned by a streaming platform like Twitch or YouTube, or it could be a private server set up by the broadcaster.
>
> The server sends the stream to viewers, who can watch it in real time on a streaming platform or web browser. The streaming software can also manage the interaction between the broadcaster and viewers, enabling features like live chat and viewer polls.

Source: https://restream.io/learn/what-is/streaming-software/

6

| | |
|---|---|
| | **HLS & DASH**<br><br>HLS and DASH are alternatives to WebRTC and RTMP. They can achieve latencies of five seconds. HLS and DASH construct very small, streamable video segments after processing the raw video material. The segments are then sent to the CDN, which forwards the request to the encoder, which then sends the appropriate segments to the viewing device.<br><br>Source: https://restream.io/learn/what-is/streaming-protocol/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [37.2] instructions for communicating to the client the identity of a node server having the specified content stored thereon, thereby enabling the client to request transmission of the | Company provides instructions for communicating to the client the identity of a node server having the specified content stored thereon, thereby enabling the client to request transmission of the specified content from the node server.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Studio platform utilizes CDNs to deliver the content to the viewers wherein, a streaming software sends the streaming content to the streaming server ("a node server having the specified content stored thereon"), owned by streaming platforms such as YouTube and Twitch. Further, the streaming server distributes/delivers the content to the viewers. Therefore, upon information and belief, the Studio platform directs the viewers ("communicating to the client the identity of a node server") to the streaming server such that the content is delivered from the streaming server to the viewers ("enabling the client to request transmission of the specified content from the node server"). |

7

| | |
|---|---|
| specified content from the node server; and | **Encoding and broadcasting**<br><br>Once the data is encoded by the receiver of the video feed, it's ready to be broadcast. The streaming software sends the encoded data to a streaming server, where it is distributed to viewers. This server could be owned by a streaming platform like Twitch or YouTube, or it could be a private server set up by the broadcaster.<br><br>The server sends the stream to viewers, who can watch it in real time on a streaming platform or web browser. The streaming software can also manage the interaction between the broadcaster and viewers, enabling features like live chat and viewer polls.<br><br>Source: https://restream.io/learn/what-is/streaming-software/<br><br>**HLS & DASH**<br><br>HLS and DASH are alternatives to WebRTC and RTMP. They can achieve latencies of five seconds. HLS and DASH construct very small, streamable video segments after processing the raw video material. The segments are then sent to the CDN, which forwards the request to the encoder, which then sends the appropriate segments to the viewing device.<br><br>Source: https://restream.io/learn/what-is/streaming-protocol/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [37.3] instructions for | Company provides instructions for ascertaining that the node server transmitted the specified content to the client, wherein an owner of the node server is offered an incentive as compensation for transmission of the specified content to the client. |

8

| | |
|---|---|
| ascertaining that the node server transmitted the specified content to the client, wherein an owner of the node server is offered an incentive as compensation for transmission of the specified content to the client. | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the Studio platform broadcasts the content to the social media platforms, the streaming server associated with the social media platforms delivers the content ("instructions for ascertaining that the node server transmitted the specified content to the client") to the viewers.<br><br>Further, the Studio platform provides various multi-streaming pricing plans for the streamers to create and broadcast the content to the viewers across various social media platforms. Therefore, upon information and belief, the owner of the streaming server ("the node server") is offered an incentive as compensation for the transmission of the content to the viewers.<br><br>**Encoding and broadcasting**<br><br>Once the data is encoded by the receiver of the video feed, it's ready to be broadcast. The streaming software sends the encoded data to a streaming server, where it is distributed to viewers. This server could be owned by a streaming platform like Twitch or YouTube, or it could be a private server set up by the broadcaster.<br><br>The server sends the stream to viewers, who can watch it in real time on a streaming platform or web browser. The streaming software can also manage the interaction between the broadcaster and viewers, enabling features like live chat and viewer polls.<br><br>Source: https://restream.io/learn/what-is/streaming-software/ |

9



Source: https://restream.io/pricing

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

## 2. List of References

1. https://restream.io/studio, last accessed on 1st August, 2024.
2. https://support.restream.io/en/articles/9124776-can-i-watch-streams-on-restream, last accessed on 1st August, 2024.
3. https://restream.io/learn/what-is/streaming-protocol/, last accessed on 1st August, 2024.
4. https://restream.io/learn/what-is/streaming-software/, last accessed on 1st August, 2024.
5. https://restream.io/pricing, last accessed on 1st August, 2024.