IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Quantum Technology Innovations, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Restream, Inc.,<br><br>Defendant. | Civil Action No.<br>1:24-cv-01139-DII |

**RESTREAM'S NOTICE OF PATENT OFFICE
ACTIVITY REGARDING U.S. PATENT NO. 7,650,376**

Restream, Inc. provides notice that, on December 13, 2024, the United States Patent and Trademark Office issued a non-final Office Action in *Ex Parte* Reexamination of U.S. Patent No. 7,650,376 (the "'376 EPR"). The '376 patent is the sole patent asserted by Plaintiff Quantum Technologies, Inc. in the above-referenced case.

The Office Action rejected all claims at issue in the '376 EPR, including (i) all independent claims, (ii) all but nine dependent claims, and (iii) every claim mentioned in Quantum Technology Innovations' Complaint (ECF No. 1) and Response to Restream's Motion to Dismiss Under 35 U.S.C. § 101 (ECF No. 12).

Restream attaches a copy of the Office Action as **Exhibit A**.

Dated: December 17, 2024

Respectfully submitted,

/s/ Steven Callahan

STEVEN CALLAHAN
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
CHRISTOPHER T. BOVENKAMP
  Texas State Bar No. 24006877
  cbovenkamp@ccrglaw.com
GEORGE T. "JORDE" SCOTT
  Texas State Bar No. 24061276
  jscott@ccrglaw.com
**CHARHON CALLAHAN
ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Defendant Restream, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 17, 2024, a true and correct copy of the foregoing pleading was filed using the Court's electronic filing system, which will send a notice of electronic filing to Plaintiff's counsel of record who are known filing users.

/s/ Steven Callahan

STEVEN CALLAHAN